```
               UNITED STATES BANKRUPTCY COURT
                        FOR THE
                EASTERN DISTRICT OF KENTUCKY
                      COVINGTON DIVISION
```

IN RE:                              CHAPTER 7
    Julie Ann Fraysure            BANKRUPTCY NO. 11-21068-TNW
    Aka:Julie Fraysure
    Debtor

### APPEARANCE

\* \* \* \* \* \*

Comes now Justin L. Handshoe of MAPOTHER & MAPOTHER, P.S.C., and enters an appearance on behalf of the Creditor herein, Ford Motor Credit Company LLC, and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to counsel at the address set forth below.

                MAPOTHER & MAPOTHER, P.S.C.


        BY    /s/ Justin L. Handshoe
             Justin L. Handshoe
             Counsel for Creditor
             Mapother & Mapother, P.S.C.
             815 West Market Street
             Suite 500
             Louisville, KY  40202
             (502)638-4961

Y7C ()/11-01477-0

**CERTIFICATE**

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court: debtor's attorney, Louise M Brown, Attorney at Law, 422 East Fourth Street, Augusta, KY  41002-0065, debtor, Julie Ann Fraysure Aka:Julie Fraysure, 81 Valley High Lane, Augusta, Kentucky  41002, and to the Trustee, L. Craig Kendrick, Bldg. 300 Suite 25, 7000 Houston Road, Florence, KY 41042.

                            MAPOTHER & MAPOTHER, P.S.C.


                            BY:   /s/ Justin L. Handshoe
                                  Justin L. Handshoe
                                  Counsel for Creditor

Y7C ()/11-01477-0